NUMBER 13-07-054-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________ _______ 



IN RE: JOHN PAUL HESS__________________________________________________________ ___ 



On Petition for Writ of Mandamus


and Motion for Emergency Stay


_________________________________________________________ __ ___ 
 

MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Benavides


Per Curiam Memorandum Opinion (1)



 Relator, John Paul Hess, filed a petition for writ of mandamus and a motion for
emergency stay in the above cause on January 26, 2007. (2) The Court, having
examined and fully considered the petition for writ of mandamus with appendix, the
response with appendix filed by real party in interest, Donna Johnson, the reporter's
record and the supplementation of the record, is of the opinion that relator has not
shown himself entitled to the relief sought. Accordingly, relator's petition for writ of
mandamus is denied. See Tex. R. App. P. 52.8(a).

 On January 26, 2007, this Court granted relator's motion for emergency stay
of the trial court's orders dated January 22, 2007 and January 24, 2007, ordering
production of documents identified in Exhibit A attached to real party's amended
notice of intent to take Hess's oral deposition dated December 7, 2006. Having
denied the petition, the stay is hereby lifted.

 Furthermore, real party in interest's request for sanctions is denied.


 PER CURIAM


Memorandum Opinion delivered and filed

this 8th day of February, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).
2. Hugo Xavier de los Santos is also identified as a relator in this proceeding.